**CERTIFICATION AND AUTHORIZATION**

I, Thel Whitley, on behalf of North Collier Fire Control and Rescue District Firefighters' Retirement Plan ("North Collier Fire"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint prepared against Dentsply Sirona Inc. ("Dentsply") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Chairperson of North Collier Fire to initiate litigation and to execute this Certification on behalf of North Collier Fire.

2. North Collier Fire did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. North Collier Fire is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. North Collier Fire's transactions in Dentsply common stock during the Class Period are set forth in the attached Schedule A.

5. North Collier Fire has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *North Collier Fire Control & Rescue District Firefighters' Pension Plan v. Mercury Sys., Inc.*, No. 1:23-cv-13065 (D. Mass.) (named plaintiff).

6. North Collier Fire has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *In re Doximity, Inc. Sec. Litig.*, No. 4:24-cv-02281 (N.D. Cal.).

7. North Collier Fire will not accept any payment for serving as a representative party on behalf of the Class beyond North Collier Fire's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of November, 2024.

*North Collier Fire Control and Rescue District Firefighters' Retirement Plan*

*Thel T. whitley*
Thel T. whitley (Nov 26, 2024 13:05 EST)

Thel Whitley, Chairperson

2

## SCHEDULE A
### North Collier Fire Control and Rescue District Firefighters' Retirement Plan
### Transactions in Dentsply Sirona Inc.

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 01/10/23 | 3,499 | $33.2839 |
| 01/10/23 | 1,249 | $33.0925 |
| 01/11/23 | 912 | $34.8201 |
| 03/10/23 | 655 | $36.9969 |
| 10/13/23 | 70 | $30.6200 |
| 11/01/23 | 1,310 | $30.3654 |
| 12/22/23 | 485 | $35.1845 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 07/18/23 | 140 | $40.2797 |