**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------- x
NORTH COLLIER FIRE CONTROL AND          :   Civ. A. No. 1:24-cv-09083-NRB
RESCUE DISTRICT FIREFIGHTERS'           :
RETIREMENT PLAN, on behalf of itself and :  CLASS ACTION
all others similarly situated,          :
                                        :
                Plaintiff,              :
                                        :
        vs.                             :
                                        :
DENTSPLY SIRONA INC., SIMON D.          :
CAMPION, GLENN COLEMAN, and             :
ANDREAS G. FRANK,                       :
                                        :
                Defendants.             :
-------------------------------------------------- x
```

*[Caption continued on next page]*

**NOTICE OF MOTION OF SAN ANTONIO FIRE & POLICE PENSION FUND FOR
CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL**

----------------------------------------------------------- x

| | | |
|---|---|---|
| RICHARD CALVIN on Behalf of Himself and All Others Similarly Situated, | : | Civ. A. No. 1:24-cv-09764-NRB |
| | : | **<u>CLASS ACTION</u>** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JOHN P. GROETELAARS, SIMON D. CAMPION, GLENN COLEMAN, and ANDREAS G. FRANK, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------- x

----------------------------------------------------------- x

| | | |
|---|---|---|
| KEY WEST POLICE & FIRE PENSION FUND, on behalf of itself and all others similarly situated, | : | Civ. A. No. 1:24-cv-09819-NRB |
| | : | **<u>CLASS ACTION</u>** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE M. GOMEZ, NEERAJ GUNSAGAR, SIMON D. CAMPION, GLENN G. COLEMAN, and ANDREAS G. FRANK, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------- x

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that proposed Lead Plaintiff San Antonio Fire & Police Pension Fund ("San Antonio Fire & Police") will and hereby does move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, for an order: (1) consolidating all related actions; (2) appointing San Antonio Fire & Police to serve as Lead Plaintiff in the above-captioned actions pursuant to the Private Securities Litigation Reform Act of 1995; and (3) approving San Antonio Fire & Police's selection of Motley Rice LLC to serve as lead counsel for the proposed class. In support of this Motion, San Antonio Fire & Police submits the accompanying Memorandum of Law, Declaration of Serena P. Hallowell and exhibits attached thereto, and [Proposed] Order.

DATED: January 27, 2025                   Respectfully submitted,

                                          **MOTLEY RICE LLC**

                                          */s/ Serena P. Hallowell*
                                          _____

                                          Serena P. Hallowell
                                          800 Third Ave., STE 2401
                                          New York, NY 10022
                                          Telephone:  (212) 577-0040
                                          Facsimile:  (212) 577-0054
                                          shallowell@motleyrice.com

                                          and

                                          Meredith B. Weatherby
                                          28 Bridgeside Blvd.
                                          Mt. Pleasant, SC 29464
                                          Telephone:  (843) 216-9000
                                          Facsimile:  (843) 216-9450
                                          mweatherby@motleyrice.com

                                          *Counsel for San Antonio Fire & Police Pension*
                                          *Fund and Proposed Lead Counsel for the Class*