**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

----------------------------------------------------------  x

NORTH COLLIER FIRE CONTROL AND :    Civ. A. No. 1:24-cv-09083-NRB
RESCUE DISTRICT FIREFIGHTERS' :
RETIREMENT PLAN, on behalf of itself and :     **CLASS ACTION**
all others similarly situated, :
    :
        Plaintiff, :
    :
     vs. :
    :
DENTSPLY SIRONA INC., SIMON D. :
CAMPION, GLENN COLEMAN, and :
ANDREAS G. FRANK, :
    :
        Defendants. :

----------------------------------------------------------  x

*[Caption continued on next page]*


**DECLARATION OF SERENA P. HALLOWELL IN SUPPORT OF THE MOTION OF SAN ANTONIO FIRE & POLICE PENSION FUND FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL**

```
------------------------------------------------------- x
RICHARD CALVIN on Behalf of Himself      :    Civ. A. No. 1:24-cv-09764-NRB
and All Others Similarly Situated,       :
                                         :    CLASS ACTION
              Plaintiff,                 :
                                         :
                                         :
      vs.                                :
                                         :
DENTSPLY SIRONA INC., DONALD M.          :
CASEY, JR., JOHN P. GROETELAARS,         :
SIMON D. CAMPION, GLENN COLEMAN,         :
and ANDREAS G. FRANK,                    :
                                         :
                                         :
              Defendants.                :
------------------------------------------------------- x
------------------------------------------------------- x
KEY WEST POLICE & FIRE PENSION           :    Civ. A. No. 1:24-cv-09819-NRB
FUND, on behalf of itself and all others :
similarly situated,                      :    CLASS ACTION
                                         :
              Plaintiff,                 :
                                         :
                                         :
      vs.                                :
                                         :
DENTSPLY SIRONA INC., DONALD M.          :
CASEY, JR., JORGE M. GOMEZ, NEERAJ       :
GUNSAGAR, SIMON D. CAMPION,              :
GLENN G. COLEMAN, and ANDREAS G.         :
FRANK,                                   :
                                         :
              Defendants.                :
------------------------------------------------------- x
```

I, Serena P. Hallowell, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court. I am an attorney with the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff San Antonio Fire & Police Pension Fund ("San Antonio Fire & Police"), and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of San Antonio Fire & Police's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    San Antonio Fire & Police's sworn Certification;

Exhibit B:    Chart of San Antonio Fire & Police's Estimated Loss;

Exhibit C:    Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on November 26, 2024; Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on December 18, 2024; Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on December 19, 2024;

Exhibit D:    Motley Rice LLC's Shareholder and Securities Fraud Resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2025, at New York, New York.

                                                    */s/ Serena P. Hallowell*
                                                    Serena P. Hallowell