# Exhibit A

**PLAINTIFF'S CERTIFICATION**
**PURSUANT TO FEDERAL SECURITIES LAWS**

The undersigned, Warren J. Schott, on behalf of the San Antonio Fire & Police Pension Fund ("San Antonio") declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      I have reviewed a complaint against Dentsply Sirona Inc. ("Dentsply").

2.      I am duly authorized to institute legal action on behalf of San Antonio, including litigation against Dentsply and any other defendants.

3.      San Antonio did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      San Antonio is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  San Antonio also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      San Antonio will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      San Antonio has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

> *San Antonio Fire and Police Pension Fund v. Dentsply Sirona Inc. et al.*, No. 1:22-cv-06339-AS (S.D.N.Y. Aug. 1, 2022);
>
> *Mannacio v. Discover Financial Services et al.*, No. 1:23-cv-06788 (N.D. Ill. Oct. 31, 2022); and
>
> *In re Integra LifeSciences Holdings Corporation Securities Litigation*, No. 3:23-cv-20321-MAS-TJB (D.N.J. Nov. 13, 2023).

7.      San Antonio understands that this is not a claim form, and its ability to share in any recovery as a member of the class is unaffected by San Antonio's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions San Antonio made during the Class Period in the security that is the subject of this litigation.  San Antonio will provide records of those transactions upon request.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.**

Executed this _14th_ day of _January_, 2025.

For the San Antonio Fire & Police Pension Fund:

Warren J. Schott
Executive Director

## SCHEDULE A

### San Antonio Fire and Police Pension Fund
### Dentsply Sirona Inc. (XRAY)
Class Period: 05/06/2021 - 11/06/2024

|  | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 7/19/2021 | 3,800.00 | 60.41 |
|  | 7/19/2021 | 8,000.00 | 60.41 |
|  | 7/21/2021 | 900.00 | 63.67 |
|  | 7/21/2021 | 1,950.00 | 63.67 |
|  | 7/22/2021 | 800.00 | 63.17 |
|  | 7/22/2021 | 1,600.00 | 63.17 |
|  | 7/23/2021 | 600.00 | 63.42 |
|  | 7/23/2021 | 1,100.00 | 63.42 |
|  | 7/23/2021 | 100.00 | 63.43 |
|  | 7/23/2021 | 200.00 | 63.43 |
|  | 7/23/2021 | 760.00 | 63.58 |
|  | 7/23/2021 | 1,600.00 | 63.58 |
|  | 7/26/2021 | 1,550.00 | 63.50 |
|  | 7/26/2021 | 3,280.00 | 63.50 |
|  | 7/27/2021 | 10.00 | 63.77 |
|  | 7/27/2021 | 20.00 | 63.77 |
|  | 7/28/2021 | 1,200.00 | 64.79 |
|  | 7/28/2021 | 2,550.00 | 64.79 |
|  | 7/29/2021 | 400.00 | 65.16 |
|  | 7/29/2021 | 800.00 | 65.16 |
|  | 7/29/2021 | 1,480.00 | 65.33 |
|  | 7/29/2021 | 3,200.00 | 65.33 |
|  | 7/30/2021 | 900.00 | 66.25 |
|  | 7/30/2021 | 1,700.00 | 66.25 |
|  | 8/3/2021 | 2,200.00 | 65.19 |
|  | 8/3/2021 | 4,600.00 | 65.19 |
|  | 8/4/2021 | 2,550.00 | 64.23 |
|  | 8/4/2021 | 5,150.00 | 64.23 |

| Date | Shares | Price |
|---|---|---|
| 8/5/2021 | 4,700.00 | 59.27 |
| 8/5/2021 | 9,700.00 | 59.27 |
| 8/12/2021 | 770.00 | 58.99 |
| 8/12/2021 | 1,680.00 | 58.99 |
| 8/13/2021 | 940.00 | 58.58 |
| 8/13/2021 | 2,050.00 | 58.58 |
| 8/16/2021 | 40.00 | 58.91 |
| 8/16/2021 | 80.00 | 58.91 |
| 10/14/2021 | 1,320.00 | 56.90 |
| 10/14/2021 | 2,140.00 | 56.90 |
| 10/15/2021 | 2,030.00 | 57.65 |
| 10/15/2021 | 3,280.00 | 57.65 |
| 10/18/2021 | 200.00 | 56.40 |
| 10/18/2021 | 300.00 | 56.40 |
| 10/18/2021 | 2,190.00 | 56.46 |
| 10/18/2021 | 3,580.00 | 56.46 |
| 11/11/2021 | 2,000.00 | 54.55 |
| 11/11/2021 | 6,300.00 | 54.55 |
| 3/18/2022 | 1,050.00 | 48.59 |
| 3/18/2022 | 8,100.00 | 48.59 |
| 5/27/2022 | 1,420.00 | 39.53 |
| 5/27/2022 | 3,310.00 | 39.53 |
| 5/31/2022 | 4,530.00 | 39.43 |
| 5/31/2022 | 10,590.00 | 39.43 |
| 11/7/2022 | 1,760.00 | 27.79 |
| 11/8/2022 | 4,730.00 | 28.24 |
| 11/9/2022 | 3,490.00 | 28.78 |
| 11/11/2022 | 2,440.00 | 32.05 |
| 11/14/2022 | 2,430.00 | 30.77 |
| 12/20/2022 | 1,210.00 | 30.90 |
| 12/20/2022 | 2,210.00 | 30.90 |

| Date | Shares | Price |
| --- | --- | --- |
| 12/20/2022 | 5,510.00 | 30.90 |
| 12/21/2022 | 110.00 | 31.28 |
| 12/21/2022 | 200.00 | 31.28 |
| 12/21/2022 | 490.00 | 31.28 |
| 12/22/2022 | 530.00 | 30.92 |
| 12/22/2022 | 970.00 | 30.92 |
| 12/22/2022 | 2,430.00 | 30.92 |
| 6/1/2023 | 230.00 | 37.32 |
| 6/1/2023 | 580.00 | 37.32 |
| 6/1/2023 | 1,140.00 | 37.32 |
| 6/2/2023 | 40.00 | 37.94 |
| 6/2/2023 | 80.00 | 37.94 |
| 6/2/2023 | 130.00 | 37.94 |
| 6/2/2023 | 250.00 | 38.80 |
| 6/2/2023 | 550.00 | 38.80 |
| 6/2/2023 | 970.00 | 38.80 |
| 6/5/2023 | 150.00 | 38.93 |
| 6/5/2023 | 320.00 | 38.93 |
| 6/5/2023 | 470.00 | 38.93 |
| 6/6/2023 | 170.00 | 38.98 |
| 6/6/2023 | 370.00 | 38.98 |
| 6/6/2023 | 530.00 | 38.98 |
| 6/7/2023 | 60.00 | 39.50 |
| 6/7/2023 | 140.00 | 39.50 |
| 6/7/2023 | 210.00 | 39.50 |
| 7/21/2023 | 330.00 | 40.72 |
| 7/21/2023 | 710.00 | 40.72 |
| 7/21/2023 | 490.00 | 40.74 |
| 7/21/2023 | 1,080.00 | 40.74 |
| 7/24/2023 | 980.00 | 40.54 |
| 7/24/2023 | 2,160.00 | 40.54 |

| Date | Shares | Price |
|---|---|---|
| 9/12/2023 | 2,460.00 | 36.71 |
| 9/27/2023 | 1,850.00 | 34.26 |
| 9/27/2023 | 3,300.00 | 34.26 |
| 9/27/2023 | 9,300.00 | 34.26 |
| 10/16/2023 | 300.00 | 31.38 |
| 10/16/2023 | 540.00 | 31.38 |
| 10/17/2023 | 680.00 | 32.07 |
| 10/17/2023 | 1,230.00 | 32.07 |
| 10/18/2023 | 820.00 | 32.29 |
| 10/18/2023 | 1,510.00 | 32.29 |
| 10/19/2023 | 1,100.00 | 31.87 |
| 10/19/2023 | 2,000.00 | 31.87 |
| 10/20/2023 | 1,320.00 | 31.82 |
| 10/20/2023 | 2,400.00 | 31.82 |
| 10/23/2023 | 80.00 | 32.39 |
| 10/23/2023 | 170.00 | 32.39 |
| 11/3/2023 | 720.00 | 29.00 |
| 11/3/2023 | 1,860.00 | 29.00 |
| 11/3/2023 | 2,150.00 | 29.00 |
| 11/3/2023 | 1,890.00 | 29.06 |
| 11/3/2023 | 4,880.00 | 29.06 |
| 11/3/2023 | 5,640.00 | 29.06 |
| 11/6/2023 | 940.00 | 28.54 |
| 11/6/2023 | 2,430.00 | 28.54 |
| 11/6/2023 | 2,810.00 | 28.54 |
| 2/26/2024 | 1,640.00 | 33.59 |
| 2/27/2024 | 1,110.00 | 33.58 |
| 3/1/2024 | 430.00 | 33.22 |
| 3/1/2024 | 580.00 | 33.22 |
| 3/1/2024 | 1,690.00 | 33.22 |
| 3/4/2024 | 240.00 | 33.08 |

|  | Date | Shares | Price |
|---|---|---|---|
|  | 3/4/2024 | 330.00 | 33.08 |
|  | 3/4/2024 | 950.00 | 33.08 |
|  | 3/4/2024 | 150.00 | 33.28 |
|  | 3/4/2024 | 200.00 | 33.28 |
|  | 3/4/2024 | 570.00 | 33.28 |
|  | 3/5/2024 | 730.00 | 33.23 |
|  | 3/5/2024 | 1,010.00 | 33.23 |
|  | 3/5/2024 | 2,920.00 | 33.23 |
|  | 3/6/2024 | 400.00 | 33.38 |
|  | 3/6/2024 | 550.00 | 33.38 |
|  | 3/6/2024 | 1,620.00 | 33.38 |
|  | 4/4/2024 | 1,550.00 | 31.92 |
|  | 4/4/2024 | 3,930.00 | 31.92 |
|  | 4/4/2024 | 7,960.00 | 31.92 |
|  | 4/5/2024 | 40.00 | 31.96 |
|  | 4/5/2024 | 90.00 | 31.96 |
|  | 4/5/2024 | 180.00 | 31.96 |
|  | 4/8/2024 | 830.00 | 32.09 |
|  | 4/8/2024 | 2,110.00 | 32.09 |
|  | 4/8/2024 | 4,290.00 | 32.09 |
|  | 4/12/2024 | 19,150.00 | 31.46 |
|  | 5/9/2024 | 2,810.00 | 28.05 |
|  | 5/9/2024 | 5,870.00 | 28.05 |
|  |  |  |  |
| Sales: | 4/17/2023 | -4,700.00 | 40.86 |
|  | 4/17/2023 | -850.00 | 40.86 |
|  | 4/17/2023 | -360.00 | 40.91 |
|  | 4/17/2023 | -60.00 | 40.91 |
|  | 4/18/2023 | -2,210.00 | 40.67 |
|  | 4/18/2023 | -370.00 | 40.67 |
|  | 4/18/2023 | -380.00 | 40.77 |

| Date | Shares | Price |
|------|--------|-------|
| 4/18/2023 | -70.00 | 40.77 |
| 4/19/2023 | -1,800.00 | 40.74 |
| 4/19/2023 | -300.00 | 40.74 |
| 4/20/2023 | -1,120.00 | 40.90 |
| 4/20/2023 | -140.00 | 40.90 |
| 4/21/2023 | -4,210.00 | 41.08 |
| 1/8/2024 | -3,360.00 | 35.91 |
| 1/8/2024 | -930.00 | 35.91 |
| 1/8/2024 | -870.00 | 35.91 |
| 1/9/2024 | -10,840.00 | 36.74 |
| 1/9/2024 | -2,970.00 | 36.74 |
| 1/9/2024 | -2,780.00 | 36.74 |