# Exhibit B

Dentsply Sirona, Inc. (XRAY)
San Antonio Fire and Police Pension Fund

**Class Period: 5/6/2021 - 11/6/2024**                    **Hold Price: $ 18.8579**

| San Antonio Fire and Police Pension Fund | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 7/19/2021 | 3,800 | $ 60.4106 | ($ 229,560.28) |
| Purchase | 7/19/2021 | 8,000 | $ 60.4106 | ($ 483,284.80) |
| Purchase | 7/21/2021 | 900 | $ 63.6671 | ($ 57,300.39) |
| Purchase | 7/21/2021 | 1,950 | $ 63.6671 | ($ 124,150.85) |
| Purchase | 7/22/2021 | 800 | $ 63.1733 | ($ 50,538.64) |
| Purchase | 7/22/2021 | 1,600 | $ 63.1733 | ($ 101,077.28) |
| Purchase | 7/23/2021 | 760 | $ 63.5772 | ($ 48,318.67) |
| Purchase | 7/23/2021 | 600 | $ 63.4173 | ($ 38,050.38) |
| Purchase | 7/23/2021 | 1,100 | $ 63.4173 | ($ 69,759.03) |
| Purchase | 7/23/2021 | 100 | $ 63.4300 | ($ 6,343.00) |
| Purchase | 7/23/2021 | 200 | $ 63.4300 | ($ 12,686.00) |
| Purchase | 7/23/2021 | 1,600 | $ 63.5772 | ($ 101,723.52) |
| Purchase | 7/26/2021 | 3,280 | $ 63.4950 | ($ 208,263.60) |
| Purchase | 7/26/2021 | 1,550 | $ 63.4950 | ($ 98,417.25) |
| Purchase | 7/27/2021 | 10 | $ 63.7664 | ($ 637.66) |
| Purchase | 7/27/2021 | 20 | $ 63.7664 | ($ 1,275.33) |
| Purchase | 7/28/2021 | 1,200 | $ 64.7856 | ($ 77,742.72) |
| Purchase | 7/28/2021 | 2,550 | $ 64.7856 | ($ 165,203.28) |
| Purchase | 7/29/2021 | 3,200 | $ 65.3343 | ($ 209,069.76) |
| Purchase | 7/29/2021 | 1,480 | $ 65.3343 | ($ 96,694.76) |
| Purchase | 7/29/2021 | 800 | $ 65.1575 | ($ 52,126.00) |
| Purchase | 7/29/2021 | 400 | $ 65.1575 | ($ 26,063.00) |
| Purchase | 7/30/2021 | 900 | $ 66.2531 | ($ 59,627.79) |
| Purchase | 7/30/2021 | 1,700 | $ 66.2531 | ($ 112,630.27) |
| Purchase | 8/3/2021 | 4,600 | $ 65.1865 | ($ 299,857.90) |
| Purchase | 8/3/2021 | 2,200 | $ 65.1865 | ($ 143,410.30) |
| Purchase | 8/4/2021 | 5,150 | $ 64.2269 | ($ 330,768.54) |
| Purchase | 8/4/2021 | 2,550 | $ 64.2269 | ($ 163,778.60) |

| Purchase | 8/5/2021 | 9,700 | $ 59.2673 | ($ 574,892.81) |
|---|---|---|---|---|
| Purchase | 8/5/2021 | 4,700 | $ 59.2673 | ($ 278,556.31) |
| Purchase | 8/12/2021 | 770 | $ 58.9851 | ($ 45,418.53) |
| Purchase | 8/12/2021 | 1,680 | $ 58.9851 | ($ 99,094.97) |
| Purchase | 8/13/2021 | 940 | $ 58.5843 | ($ 55,069.24) |
| Purchase | 8/13/2021 | 2,050 | $ 58.5843 | ($ 120,097.82) |
| Purchase | 8/16/2021 | 80 | $ 58.9114 | ($ 4,712.91) |
| Purchase | 8/16/2021 | 40 | $ 58.9114 | ($ 2,356.46) |
| Purchase | 10/14/2021 | 1,320 | $ 56.9009 | ($ 75,109.19) |
| Purchase | 10/14/2021 | 2,140 | $ 56.9009 | ($ 121,767.93) |
| Purchase | 10/15/2021 | 3,280 | $ 57.6458 | ($ 189,078.22) |
| Purchase | 10/15/2021 | 2,030 | $ 57.6458 | ($ 117,020.97) |
| Purchase | 10/18/2021 | 3,580 | $ 56.4577 | ($ 202,118.57) |
| Purchase | 10/18/2021 | 300 | $ 56.3950 | ($ 16,918.50) |
| Purchase | 10/18/2021 | 200 | $ 56.3950 | ($ 11,279.00) |
| Purchase | 10/18/2021 | 2,190 | $ 56.4577 | ($ 123,642.36) |
| Purchase | 11/11/2021 | 6,300 | $ 54.5500 | ($ 343,665.00) |
| Purchase | 11/11/2021 | 2,000 | $ 54.5500 | ($ 109,100.00) |
| Purchase | 3/18/2022 | 1,050 | $ 48.5946 | ($ 51,024.33) |
| Purchase | 3/18/2022 | 8,100 | $ 48.5946 | ($ 393,616.26) |
| Purchase | 5/27/2022 | 3,310 | $ 39.5277 | ($ 130,836.69) |
| Purchase | 5/27/2022 | 1,420 | $ 39.5277 | ($ 56,129.33) |
| Purchase | 5/31/2022 | 10,590 | $ 39.4277 | ($ 417,539.34) |
| Purchase | 5/31/2022 | 4,530 | $ 39.4277 | ($ 178,607.48) |
| Purchase | 11/7/2022 | 1,760 | $ 27.7884 | ($ 48,907.58) |
| Purchase | 11/8/2022 | 4,730 | $ 28.2416 | ($ 133,582.77) |
| Purchase | 11/9/2022 | 3,490 | $ 28.7836 | ($ 100,454.76) |
| Purchase | 11/11/2022 | 2,440 | $ 32.0537 | ($ 78,211.03) |
| Purchase | 11/14/2022 | 2,430 | $ 30.7705 | ($ 74,772.32) |
| Purchase | 12/20/2022 | 1,210 | $ 30.9040 | ($ 37,393.84) |
| Purchase | 12/20/2022 | 2,210 | $ 30.9040 | ($ 68,297.84) |
| Purchase | 12/20/2022 | 5,510 | $ 30.9040 | ($ 170,281.04) |
| Purchase | 12/21/2022 | 200 | $ 31.2814 | ($ 6,256.28) |

| Purchase | 12/21/2022 | 490 | $ 31.2814 | ($ 15,327.89) |
|---|---|---|---|---|
| Purchase | 12/21/2022 | 110 | $ 31.2814 | ($ 3,440.95) |
| Purchase | 12/22/2022 | 2,430 | $ 30.9209 | ($ 75,137.79) |
| Purchase | 12/22/2022 | 970 | $ 30.9209 | ($ 29,993.27) |
| Purchase | 12/22/2022 | 530 | $ 30.9209 | ($ 16,388.08) |
| Sale | 4/17/2023 | (4,700) | $ 40.8554 | $ 192,020.38 |
| Sale | 4/17/2023 | (360) | $ 40.9139 | $ 14,729.00 |
| Sale | 4/17/2023 | (850) | $ 40.8554 | $ 34,727.09 |
| Sale | 4/17/2023 | (60) | $ 40.9139 | $ 2,454.83 |
| Sale | 4/18/2023 | (2,210) | $ 40.6731 | $ 89,887.55 |
| Sale | 4/18/2023 | (370) | $ 40.6731 | $ 15,049.05 |
| Sale | 4/18/2023 | (380) | $ 40.7700 | $ 15,492.60 |
| Sale | 4/18/2023 | (70) | $ 40.7700 | $ 2,853.90 |
| Sale | 4/19/2023 | (300) | $ 40.7428 | $ 12,222.84 |
| Sale | 4/19/2023 | (1,800) | $ 40.7428 | $ 73,337.04 |
| Sale | 4/20/2023 | (1,120) | $ 40.9029 | $ 45,811.25 |
| Sale | 4/20/2023 | (140) | $ 40.9029 | $ 5,726.41 |
| Sale | 4/21/2023 | (4,210) | $ 41.0846 | $ 172,966.17 |
| Purchase | 6/1/2023 | 1,140 | $ 37.3204 | ($ 42,545.26) |
| Purchase | 6/1/2023 | 580 | $ 37.3204 | ($ 21,645.83) |
| Purchase | 6/1/2023 | 230 | $ 37.3204 | ($ 8,583.69) |
| Purchase | 6/2/2023 | 40 | $ 37.9364 | ($ 1,517.46) |
| Purchase | 6/2/2023 | 130 | $ 37.9364 | ($ 4,931.73) |
| Purchase | 6/2/2023 | 970 | $ 38.7982 | ($ 37,634.25) |
| Purchase | 6/2/2023 | 250 | $ 38.7982 | ($ 9,699.55) |
| Purchase | 6/2/2023 | 550 | $ 38.7982 | ($ 21,339.01) |
| Purchase | 6/2/2023 | 80 | $ 37.9364 | ($ 3,034.91) |
| Purchase | 6/5/2023 | 320 | $ 38.9313 | ($ 12,458.02) |
| Purchase | 6/5/2023 | 470 | $ 38.9313 | ($ 18,297.71) |
| Purchase | 6/5/2023 | 150 | $ 38.9313 | ($ 5,839.70) |
| Purchase | 6/6/2023 | 370 | $ 38.9774 | ($ 14,421.64) |
| Purchase | 6/6/2023 | 170 | $ 38.9774 | ($ 6,626.16) |
| Purchase | 6/6/2023 | 530 | $ 38.9774 | ($ 20,658.02) |

| | | | | |
|---|---|---|---|---|
| Purchase | 6/7/2023 | 140 | $ 39.5042 | ($ 5,530.59) |
| Purchase | 6/7/2023 | 60 | $ 39.5042 | ($ 2,370.25) |
| Purchase | 6/7/2023 | 210 | $ 39.5042 | ($ 8,295.88) |
| Purchase | 7/21/2023 | 330 | $ 40.7215 | ($ 13,438.10) |
| Purchase | 7/21/2023 | 710 | $ 40.7215 | ($ 28,912.27) |
| Purchase | 7/21/2023 | 1,080 | $ 40.7420 | ($ 44,001.36) |
| Purchase | 7/21/2023 | 490 | $ 40.7420 | ($ 19,963.58) |
| Purchase | 7/24/2023 | 980 | $ 40.5387 | ($ 39,727.93) |
| Purchase | 7/24/2023 | 2,160 | $ 40.5387 | ($ 87,563.59) |
| Purchase | 9/12/2023 | 2,460 | $ 36.7090 | ($ 90,304.14) |
| Purchase | 9/27/2023 | 9,300 | $ 34.2606 | ($ 318,623.58) |
| Purchase | 9/27/2023 | 3,300 | $ 34.2606 | ($ 113,059.98) |
| Purchase | 9/27/2023 | 1,850 | $ 34.2606 | ($ 63,382.11) |
| Purchase | 10/16/2023 | 150 | $ 31.3793 | ($ 4,706.90) |
| Purchase | 10/16/2023 | 150 | $ 31.3793 | ($ 4,706.90) |
| Purchase | 10/16/2023 | 540 | $ 31.3793 | ($ 16,944.82) |
| Purchase | 10/17/2023 | 340 | $ 32.0744 | ($ 10,905.30) |
| Purchase | 10/17/2023 | 340 | $ 32.0744 | ($ 10,905.30) |
| Purchase | 10/17/2023 | 1,230 | $ 32.0744 | ($ 39,451.51) |
| Purchase | 10/18/2023 | 1,510 | $ 32.2908 | ($ 48,759.11) |
| Purchase | 10/18/2023 | 410 | $ 32.2908 | ($ 13,239.23) |
| Purchase | 10/18/2023 | 410 | $ 32.2908 | ($ 13,239.23) |
| Purchase | 10/19/2023 | 550 | $ 31.8652 | ($ 17,525.86) |
| Purchase | 10/19/2023 | 550 | $ 31.8652 | ($ 17,525.86) |
| Purchase | 10/19/2023 | 2,000 | $ 31.8652 | ($ 63,730.40) |
| Purchase | 10/20/2023 | 660 | $ 31.8239 | ($ 21,003.77) |
| Purchase | 10/20/2023 | 2,400 | $ 31.8239 | ($ 76,377.36) |
| Purchase | 10/20/2023 | 660 | $ 31.8239 | ($ 21,003.77) |
| Purchase | 10/23/2023 | 40 | $ 32.3889 | ($ 1,295.56) |
| Purchase | 10/23/2023 | 170 | $ 32.3889 | ($ 5,506.11) |
| Purchase | 10/23/2023 | 40 | $ 32.3889 | ($ 1,295.56) |
| Purchase | 11/3/2023 | 1,890 | $ 29.0576 | ($ 54,918.86) |
| Purchase | 11/3/2023 | 720 | $ 28.9951 | ($ 20,876.47) |

4

| Purchase | 11/3/2023 | 4,880 | $ 29.0576 | ($ 141,801.09) |
|---|---|---|---|---|
| Purchase | 11/3/2023 | 2,150 | $ 28.9951 | ($ 62,339.47) |
| Purchase | 11/3/2023 | 1,860 | $ 28.9951 | ($ 53,930.89) |
| Purchase | 11/3/2023 | 5,640 | $ 29.0576 | ($ 163,884.86) |
| Purchase | 11/6/2023 | 2,430 | $ 28.5415 | ($ 69,355.85) |
| Purchase | 11/6/2023 | 940 | $ 28.5415 | ($ 26,829.01) |
| Purchase | 11/6/2023 | 2,810 | $ 28.5415 | ($ 80,201.62) |
| Sale | 1/8/2024 | (930) | $ 35.9129 | $ 33,399.00 |
| Sale | 1/8/2024 | (870) | $ 35.9129 | $ 31,244.22 |
| Sale | 1/8/2024 | (3,360) | $ 35.9129 | $ 120,667.34 |
| Sale | 1/9/2024 | (2,970) | $ 36.7373 | $ 109,109.78 |
| Sale | 1/9/2024 | (2,780) | $ 36.7373 | $ 102,129.69 |
| Sale | 1/9/2024 | (10,840) | $ 36.7373 | $ 398,232.33 |
| Purchase | 2/26/2024 | 1,640 | $ 33.5855 | ($ 55,080.22) |
| Purchase | 2/27/2024 | 1,110 | $ 33.5802 | ($ 37,274.02) |
| Purchase | 3/1/2024 | 430 | $ 33.2236 | ($ 14,286.15) |
| Purchase | 3/1/2024 | 580 | $ 33.2236 | ($ 19,269.69) |
| Purchase | 3/1/2024 | 1,690 | $ 33.2236 | ($ 56,147.88) |
| Purchase | 3/4/2024 | 240 | $ 33.0829 | ($ 7,939.90) |
| Purchase | 3/4/2024 | 330 | $ 33.0829 | ($ 10,917.36) |
| Purchase | 3/4/2024 | 200 | $ 33.2794 | ($ 6,655.88) |
| Purchase | 3/4/2024 | 950 | $ 33.0829 | ($ 31,428.76) |
| Purchase | 3/4/2024 | 570 | $ 33.2794 | ($ 18,969.26) |
| Purchase | 3/4/2024 | 150 | $ 33.2794 | ($ 4,991.91) |
| Purchase | 3/5/2024 | 2,920 | $ 33.2270 | ($ 97,022.84) |
| Purchase | 3/5/2024 | 730 | $ 33.2270 | ($ 24,255.71) |
| Purchase | 3/5/2024 | 1,010 | $ 33.2270 | ($ 33,559.27) |
| Purchase | 3/6/2024 | 400 | $ 33.3767 | ($ 13,350.68) |
| Purchase | 3/6/2024 | 1,620 | $ 33.3767 | ($ 54,070.25) |
| Purchase | 3/6/2024 | 550 | $ 33.3767 | ($ 18,357.19) |
| Purchase | 4/4/2024 | 1,550 | $ 31.9180 | ($ 49,472.90) |
| Purchase | 4/4/2024 | 3,930 | $ 31.9180 | ($ 125,437.74) |
| Purchase | 4/4/2024 | 7,960 | $ 31.9180 | ($ 254,067.28) |

5

| | | | | |
|---|---|---|---|---|
| Purchase | 4/5/2024 | 40 | $ 31.9621 | ($ 1,278.48) |
| Purchase | 4/5/2024 | 180 | $ 31.9621 | ($ 5,753.18) |
| Purchase | 4/5/2024 | 90 | $ 31.9621 | ($ 2,876.59) |
| Purchase | 4/8/2024 | 2,110 | $ 32.0881 | ($ 67,705.89) |
| Purchase | 4/8/2024 | 830 | $ 32.0881 | ($ 26,633.12) |
| Purchase | 4/8/2024 | 4,290 | $ 32.0881 | ($ 137,657.95) |
| Purchase | 4/12/2024 | 19,150 | $ 31.4628 | ($ 602,512.62) |
| Purchase | 5/9/2024 | 5,870 | $ 28.0482 | ($ 164,642.93) |
| Purchase | 5/9/2024 | 2,810 | $ 28.0482 | ($ 78,815.44) |
| Net Proceeds of Transactions | | | | ($ 10,619,494.78) |
| Value of 243,940 retained shares @ $ 18.8579  per share | | | | $ 4,600,192.37 |
| (Loss)/Gain for San Antonio Fire and Police Pension Fund[b] | | | | ($ 6,019,302.41) |

[a] Any holdings sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.

6