# Exhibit C

 SAXENA WHITE

*Source:* *Saxena White P.A.*

*November 26, 2024 21:16 ET*

# Saxena White P.A. Files Securities Fraud Class Action Against Dentsply Sirona Inc. and Certain of Its Executives

BOCA RATON, Fla., Nov. 26, 2024 (GLOBE NEWSWIRE) -- Saxena White P.A. has filed a securities fraud class action lawsuit (the "Class Action") in the United States District Court for the Southern District of New York against Dentsply Sirona Inc. ("Dentsply" or the "Company") (NASDAQ: XRAY) and certain of its executive officers (collectively, "Defendants"). The Class Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder on behalf of all persons and entities that purchased Dentsply common stock between December 1, 2022 and November 6, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Saxena White is captioned *North Collier Fire Control and Rescue District Firefighters' Retirement Plan v. Dentsply Sirona Inc., et al.*, No. 24-cv-9083 (S.D.N.Y.).

Based in Charlotte, North Carolina, Dentsply manufactures professional dental products, including CAD/CAM computer-aided design and manufacturing systems, imaging equipment, motorized dental handpieces, consumables (such as files, sealers, and needles), implants, prosthetics, and orthodontics, such as clear aligners. Dental and medical devices sold by Dentsply in the United States, including clear aligners, are generally classified by the U.S. Food and Drug Administration ("FDA") into a category that makes them subject to the same regulations that apply to all medical devices. Dentsply's four segments are: Connected Technology Solutions, Essential Dental Solutions, Wellspect Healthcare, and Orthodontic and Implant Solutions, which includes Byte, a direct-to-consumer ("DTC") aligner solution. In 2023, Orthodontic and Implant Solutions, including Byte, accounted for more than 26% of Dentsply's net sales by segment.

Prior to the start of the Class Period, on December 31, 2020, Dentsply paid $1.04 billion in cash to acquire Byte, a manufacturer of affordable, "doctor-directed," DTC clear dental aligners. According to Dentsply, Byte held a "leadership position in the rapidly growing direct-to-consumer, doctor-directed clear aligner market."  In the January 4, 2021 press release announcing the acquisition, Dentsply explained that, priced "[a]t under $85 per month, Byte has found a way to make the inaccessible, accessible—providing an easy, convenient and affordable way to upgrade your smile through the Byte Teledentistry platform."

The Class Action alleges that, during the Class Period, the Defendants made materially false and misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects, including that: (1) Dentsply targeted low-income people who did not have access to good oral hygiene education, a dentist, or dental insurance, which often meant patients signing up for Byte had underlying dental issues that would have made them ineligible for treatment; (2) the push for Byte growth and sales commissions caused sales employees to sell to contraindicated patients; (3) as a result of the above, the Byte patient onboarding workflow did not provide adequate assurance that contraindicated patients did not enter treatment; (4) before and during the Class Period, reports of Byte patient injuries were pouring in; (5) Dentsply knew that its Byte aligners were causing severe patient injuries for years but did little to investigate those injuries or notify the FDA; (6) Dentsply had no systems in place to notify the FDA of these injuries, which the Company is required to do within 30 days of learning of a problem; (7) the FDA had received a sharp uptick in reports of serious injuries from Byte patients; (8) as a result of the above, Dentsply materially overstated the goodwill value of Byte; (9) as a result of the above, Defendants' positive statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

The truth began to be revealed after markets closed on October 24, 2024, when Dentsply announced the "voluntary suspension of sales and marketing of its Byte Aligners and Impression

Kits while the Company conducts a review of certain regulatory requirements related to these products." Dentsply claimed that the Byte sales and marketing suspension was a "precautionary measure." Dentsply further disclosed that it "expects to record non-cash charges for the impairment of goodwill within the range of $450-$550 million" for its Orthodontic and Implant Solutions segment. During a "Byte business update call" before markets opened on October 25, 2024, Chief Executive Officer ("CEO") Simon D. Campion gave more context about the Byte suspension: "[I]n connection with our ongoing discussions with FDA, we have determined that our patient onboarding workflow may not provide adequate assurance that certain contraindicated patients do not enter treatment with Byte Aligners." On this news, the price of Dentsply stock fell over 4%, from a closing price of $24.41 per share on October 24, 2024, to a closing price of $23.31 per share on October 25, 2024.

The truth was revealed on November 7, 2024 when, before the markets opened, Dentsply reported its financial results for the third quarter of 2024, disclosing that Dentsply had "recorded a non-cash charge for the impairment of goodwill of ($495) million net of tax within the Orthodontic and Implant Solutions segment." During the corresponding earnings call held later that day, CEO Campion further disclosed that although Dentsply was "not at a point in our analysis to make a definitive decision concerning Byte," the Company was "thoroughly evaluating strategic options, which may include a discontinuation of some or all of this business." On this news, the price of Dentsply stock fell over 28%, from a closing price of $23.98 per share on November 6, 2024, to a closing price of $17.26 per share on November 7, 2024, on extraordinary trading volume.

If you purchased Dentsply common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff. If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than January 27, 2025. The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

You may contact Marco A. Dueñas (mduenas@saxenawhite.com), a Senior Attorney at Saxena White P.A., to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You also may retain counsel of your choice to represent you in the Class Action. You may obtain a copy of the Complaint and inquire about actively joining the Class Action at www.saxenawhite.com/.

Saxena White P.A., with offices in Florida, New York, California, and Delaware, is a leading national law firm focused on prosecuting securities class actions and other complex litigation on behalf of injured investors. Currently serving as lead counsel in numerous securities class actions nationwide, Saxena White has recovered billions of dollars on behalf of injured investors.

CONTACT INFORMATION
Marco A. Dueñas, Esq.
mduenas@saxenawhite.com
Saxena White P.A.
10 Bank Street, Suite 882
White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
www.saxenawhite.com





# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Dentsply Sirona, Inc. (NASDAQ: XRAY)

December 18, 2024 10:31 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities Class Action lawsuit in the United States District Court for the Southern District of New York against Dentsply Sirona, Inc. ("Dentsply" or the "Company") (NASDAQ: XRAY), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Dentsply securities between February 28, 2022, and November 6, 2024, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Calvin v. Dentsply Sirona, Inc., et al*, Case No. 1:24-cv-09764 (S.D.N.Y.).

Dentsply manufactures professional dental products and technologies, develops, manufactures, and markets dental equipment, dental products, and healthcare consumable products.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants failed to disclose to investors that it targeted low-income people with underlying dental issues that were ineligible for more traditional aligner treatment, Dentsply sold Byte aligners, a direct-to-consumer ("DTC") aligner solution, to contraindicated patients, and Dentsply knew that its Byte aligners were causing severe patient injuries.

As the truth about Dentsply's business reached the market, the price of Dentsply's stock suffered significant declines, harming investors. For example, on November 7, 2024, before the market opened, Dentsply filed a Form 8-K with the United States Securities and Exchange Commission, reporting a significant downward revision to its 2024 outlook. Dentsply claimed that its revised 2024 outlook was "due to market pressures impacting U.S. equipment, legislative changes affecting the direct-to-consumer aligner business model, and the voluntary suspension of sales, marketing, and shipments" of Byte. On this news, the price of Dentsply stock fell $6.72 per share, or more than 28%, to close $17.26 per share on November 7, 2024, on heavy trading volume.

**Lead Plaintiff Deadline**

If you purchased Dentsply common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than January 27, 2025.** The lead plaintiff is a court-appointed representative for absent members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do**

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

Contacts
**Nicholas S. Bruno**
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 24th Floor, New York, NY 10169**
**(888) 398-9312**
**nbruno@scott-scott.com**



# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Dentsply Sirona Inc.

December 19, 2024 09:26 PM Eastern Standard Time

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action lawsuit in the U.S. District Court for the Southern District of New York alleging violations of the federal securities laws by Dentsply Sirona Inc. ("Dentsply" or the "Company") and certain of the Company's current and former executives (collectively, "Defendants"). The action is brought on behalf of all purchasers of Dentsply common stock between May 6, 2021, and November 6, 2024, inclusive (the "Class Period"). This case is related to two previously filed securities class actions pending against Dentsply captioned *North Collier Fire Control and Rescue District Firefighters Retirement Plan v. Dentsply Sirona Inc.*, No. 24-cv-9083 (S.D.N.Y.) ("*North Collier*"), which asserts a class period of December 1, 2022 through November 6, 2024; and *Calvin v. Dentsply Sirona Inc.*, No. 24-cv-9764 (S.D.N.Y.), which asserts a class period of February 28, 2022 through November 6, 2024.

BLB&G filed this action on behalf of its client, Key West Police & Fire Pension Fund, and the case is captioned *Key West Police & Fire Pension Fund v. Dentsply Sirona Inc.*, No. 24-cv-9819 (S.D.N.Y.). The complaint is based on an extensive investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

**Dentsply's Alleged Fraud**

Dentsply is a manufacturer of dental products and technology. The Company produces a wide array of dental supplies, ranging from anesthetics, plaque and gum disease prevention, tooth polishers, and artificial teeth. On December 31, 2020, prior to the start of the Class Period, Dentsply acquired Byte LLC ("Byte"), a direct-to-consumer clear aligner company, for $1.04 billion.

The complaint alleges that, throughout the Class Period, Defendants made numerous materially false and misleading statements and omissions concerning Byte's aligner device, including the quality of the product and its reception by customers. Specifically, Defendants repeatedly represented to investors that Byte customers were overseen by an "expansive nationwide network of independent licensed dentists and orthodontists" to ensure compliance with the rules and regulations pertaining to dentistry, that Byte's customer satisfaction scores were "high" and "improving," and that a "focused funnel" of targeted potential customers led to high rates of conversion to paying customers. As a result of these misrepresentations, Dentsply common stock traded at artificially inflated prices throughout the Class Period.

In reality, Byte aligners had been causing serious injuries to patients since at least May 2021. Furthermore, Byte did not have a system in place to report these injuries to the Food and Drug Administration, despite being required to do so within 30 days of learning of them. Finally, rather than a "focused funnel" of high-quality potential customers, sales employees and overseeing dentists were incentivized to enroll "contraindicated" patients who were medically ineligible for Byte treatment, improperly driving up conversion rates.

The truth began to emerge on October 24, 2024, when Dentsply announced that it was suspending the sale and marketing of Byte Aligner Systems and Impression Kits "while the Company conducts a review of certain regulatory requirements related to these products." The Company further announced that it expected to record a goodwill impairment of $450 to $550 million. In response to these disclosures, Dentsply common stock declined by $1.10 per share, or 4.5%.

Then, on November 7, 2024, Dentsply adjusted its earnings per share ("EPS") outlook downwards by approximately 8%, due in part to the suspension of Byte. The Company told investors that it was not in a position to make a decision concerning Byte but was considering discontinuing some or all of the Byte business. Dentsply also confirmed an impairment to goodwill of $495 million in relation to Byte. Additionally, the Company admitted that Byte was one of a few "significant hurdles" to achieving the Company's long-term EPS targets. These disclosures caused Dentsply common stock to decline by $6.72 per share, or more than 28%.

The filing of this action does not alter the previously established deadline to seek appointment as Lead Plaintiff. Pursuant to the November 26, 2024 notice published in connection with the *North Collier* action, under the Private Securities Litigation Reform Act of 1995, investors who purchased Dentsply common stock during the Class Period may, no later than January 27, 2025, seek to be appointed as Lead Plaintiff for the Class. Any member of the proposed Class may seek to serve as Lead Plaintiff through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

**About BLB&G**

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $40 billion on behalf of defrauded investors. More information about the firm can be found online at www.blbglaw.com.

Contacts
Scott R. Foglietta
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1903
scott.foglietta@blbglaw.com