# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH COLLIER FIRE CONTROL AND RESCUE DISTRICT FIREFIGHTERS' RETIREMENT PLAN, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>DENTSPLY SIRONA INC., SIMON D. CAMPION, GLENN COLEMAN, AND ANDREAS G. FRANK,<br><br>          Defendants. | Case No. 1:24-cv-09083-NRB<br><br>CLASS ACTION |
| RICHARD CALVIN, on Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JOHN P. GROETELAARS, SIMON D. CAMPION, GLENN COLEMAN, and ANDREAS G. FRANK,<br><br>          Defendants. | Case No. 1:24-cv-09764-NRB<br><br>CLASS ACTION |
| KEY WEST POLICE & FIRE PENSION FUND, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>DENTSPLY SIRONA INC., DONALD M. CASEY, JR., JORGE M. GOMEZ, NEERAJ GUNSAGAR, SIMON D. CAMPION, GLENN G. COLEMAN, AND ANDREAS G. FRANK,<br><br>          Defendants. | Case No. 1:24-cv-09819-NRB<br><br>CLASS ACTION |

**NOTICE OF MOTION BY GREATER ST. LOUIS CONSTRUCTION LABORERS' PENSION FUND FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

TO: THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Greater St. Louis Construction Laborers' Pension Fund ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits A-F, and the Court's complete files and records in this Action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED: January 27, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (NY 4471975)
Donald A. Broggi (NY 4784195)
Jonathan Zimmerman
Matthew A. Peller (NY 4513412)
Nicholas S. Bruno (NY 5953245)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
dbroggi@scott-scott.com
jzimmerman@scott-scott.com
mpeller@scott-scott.com
nbruno@scott-scott.com

*Counsel for Lead Plaintiff Movant Greater St. Louis Construction Laborers' Pension Fund and Proposed Lead Counsel for the Class*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                    *s/ Thomas L. Laughlin, IV*
                                                    Thomas L. Laughlin, IV