```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
NORTH COLLIER FIRE CONTROL AND RESCUE
DISTRICT FIREFIGHTERS RETIREMENT PLAN, ON
BEHALF OF ITSELF AND ALL OTHERS SIMILARLY          ORDER
SITUATED,

     Plaintiff,
                                                   24 Civ. 9083 (NRB)
         - against -

DENTSPLY SIRONA INC., SIMON CAMPION,
GLENN COLEMAN, AND ANDREAS FRANK

     Defendants.
---------------------------------------
KEY WEST POLICE & FIRE PENSION FUND,
INDIVIDUALLY, ON BEHALF OF ITSELF AND ALL
OTHERS SIMILARLY SITUATED,

     Plaintiff,
                                                   24 Civ. 9819 (NRB)
         - against -

DENTSPLY SIRONA INC., DONALD CASEY, JR.,
JORGE M. GOMEZ, NEERAJ GUNSAGAR, SIMON
CAMPION GLENN COLEMAN, AND ANDREAS FRANK,

     Defendants.
---------------------------------------
RICHARD CALVIN, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

     Plaintiff,
                                                   24 Civ. 9764 (NRB)
         - against -

DENTSPLY SIRONA INC., DONALD CASEY, JR.,
JOHN GROETELAARS, SIMON CAMPION, GLENN
COLEMAN, AND ANDREAS FRANK,

     Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the above-captioned class actions (the "Actions") are brought against Dentsply Sirona Inc. ("Dentsply") and certain of its

1

officers and executives, on behalf of a class of persons and entities who purchased Dentsply common stock between December 1, 2022 and November 6 2024, inclusive (the "Class Period"), to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder; and

**WHEREAS** four movant-applicants, including (1) San Antonio Fire & Police Pension Fund ("San Antonio Fire & Police"), see ECF Nos. 11-15, (2) HANSAINVEST Hanseatische Investment-Gesellschaft mit beschränkter Haftung ("HANSAINVEST") and City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust"), see ECF Nos. 18-21, (3) Greater St. Louis Construction Laborers' Pension Fund ("Greater St. Louis Construction"), see ECF Nos. 22-27, and (4) Indecap Fonder AB ("Indecap"), see ECF Nos. 28-31, filed timely motions to consolidate the Actions, be appointed as lead plaintiff(s), and appoint their attorney(s) as lead counsel;[1] and

**WHEREAS** three of the four movant-applicants, including Indecap, see ECF No. 33, San Antonio Fire & Police, see ECF No. 34, Greater St. Louis Construction, see ECF No. 35, filed notices of non-opposition to the appointment of a lead plaintiff other than themselves and the approval of a selection of lead counsel other than their counsel; and

**WHEREAS** HANSAINVEST and Miami Retirement Trust's motion to consolidate, be appointed as lead plaintiffs, and appoint Bernstein

---

[1] Movant-applicant San Antonio Fire & Police sought approval of Motley Rice LLC to serve as Lead Counsel for the Class. See ECF No. 12. Movant-applicants HANSAINVEST and Miami Retirement Trust sought approval of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class. See ECF No. 18. Movant-applicant Greater St. Louis Construction sought approval of Scott+Scott Attorneys at Law LLP to serve as Lead Counsel for the Class. See ECF No. 22. Movant-applicant Indecap sought approval of Saxena White P.A. ("Saxena White") to serve as Lead Counsel for the Class. See ECF No. 28.

Litowitz as lead counsel was thus unopposed by the other movant-applicants; and

**WHEREAS** HANSAINVEST and Miami Retirement Trust filed a memorandum of law in further support of their motion to consolidate, be appointed as lead plaintiffs, and appoint Bernstein Litowitz as lead counsel, see ECF Nos. 36-37; and

**WHEREAS** upon consideration of HANSAINVEST and Miami Retirement Trust's motion to consolidate, be appointed lead plaintiffs, and appoint Bernstein Litowitz as lead counsel, as well as their accompanying briefs, declarations, pleadings, and arguments, and for good cause shown; it is hereby

**ORDERED** that HANSAINVEST and Miami Retirement Trust's motion is granted; and it is hereby

**ORDERED** that HANSAINVEST and Miami Retirement Trust are approved to serve as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions; and it is hereby

**ORDERED** that HANSAINVEST's and Miami Retirement Trust's selection of Lead Counsel is approved, and Bernstein Litowitz Berger & Grossmann LLP is approved as Lead Counsel for the Class; and it is hereby

**ORDERED** that pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), Calvin v. Dentsply Sirona, Inc., No. 24 Civ. 9764 (S.D.N.Y), and Key West Police & Fire Pension Fund v. Denstply Sirona, Inc., No. 24 Civ. 9819 (S.D.N.Y), are consolidated with North Collier Fire Control and Rescue District Firefighters' Retirement Plan

v. Denstply Sirona, Inc., No. 24 Civ. 9083 (S.D.N.Y.) (collectively, the "Consolidated Action"); and it is hereby

**ORDERED** that the Consolidated Action be captioned and hereafter referred to as "In re Denstply Sirona, Inc. Securities Litigation" and that all relevant filings and submissions be maintained as one file under Case No. 24 Civ. 9083 (NRB); and it is hereby

**ORDERED** that pursuant to Rule 42(a), any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are consolidated for all purposes; and it is hereby

**ORDERED** that lead plaintiffs shall file an amended complaint within 45 days of this Order; and it is hereby

**ORDERED** that defendants shall respond to the complaint within 45 days of the filing of the amended complaint, either by responsive pleading or a motion to dismiss; and it is hereby

**ORDERED** that if defendants move to dismiss the amended complaint, lead plaintiffs will have 45 days to file an opposition brief, after which defendants will have 25 days to file a reply brief.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 11, 12, 18, 22, and 28 on the docket for Case No. 24 Civ. 9083; ECF No. 19 on the docket for Case No. 24 Civ. 9819; and ECF No. 23 on the docket for Case No. 24 Civ. 9764.

Dated: New York, New York
       February 21, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE