# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DENTSPLY SIRONA, INC. SECURITIES LITIGATION | Case No. 1:24-cv-9083 (NRB) <br><br> CLASS ACTION |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss the Amended Complaint, the accompanying Declaration of Roger A. Cooper, and the exhibits attached thereto, and all the pleadings filed in this action, Defendants Dentsply Sirona Inc., Simon D. Campion, Glenn G. Coleman, Andreas G. Frank, Neeraj Gunsagar, and Erania Brackett hereby move this Court before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, dismissing with prejudice the Amended Consolidated Class Action Complaint filed by Lead Plaintiffs HANSAINVEST Hanseatische Investment-Gesellschaft mit beschränkter Haftung and City of Miami General Employees' & Sanitation Employees' Retirement Trust for failure to state a claim and granting such other and further relief as the Court deems just and proper.

2

Dated: July 8, 2025
       New York, New York

Respectfully submitted,

/s/ Roger A. Cooper
Roger A. Cooper
Victor L. Hou
Andrew Weaver
Lilianna Rembar
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Counsel for Defendants Dentsply Sirona, Inc., Simon D. Campion, Glenn G. Coleman, Andreas G. Frank, Neeraj Gunsagar, and Erania Brackett*

cc:    All Counsel of Record by ECF Filing