**Appendix A: Plaintiffs' Response to Defendants' "Charts" of Challenged Statements[1]**

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| 253 | Press Release (1/4/2021)<br><br>Byte's *doctor-directed* clear aligner system provides customers nationwide access to at-home invisible aligners for a straighter, whiter smile. With a growing team of over 450 employees and headquartered in Los Angeles, *Byte's nationwide network of licensed dentists and orthodontists prescribe and oversee every customer's treatment plan,* delivering a top-rated consumer experience and results in up to half the time and cost of traditional methods. At under $85 per month, Byte has found a way to make the inaccessible, accessible providing an easy, convenient and affordable way to upgrade your smile through the Byte Teledentistry platform. For more information on Byte, visit: www.byteme.com. | *Not charted* | No falsity and/or scienter | Reasons for falsity: ¶257; Opp. §§III.A.2, B.1. |
| 254 | M&A Call with Analysts (1/4/2021) | Puffery, Opinion | *Not charted* | Reasons for falsity: ¶257; Opp. §§III.A.2, B.1. |

---

[1] The statements alleged in ¶¶261, 263, 265-66, 269-70, 272, 282-84, 287, 289, 293-98, 306, 309, 311-12, 328, 332-33, 337, and 342-44 are not charted by either the Omnibus Defendants or Casey.

[2] Reasons for scienter found in ¶¶209-47 and Opp. §IV.

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | **Gunsagar**: "For those of you who may not be familiar with Byte, here's a quick primer. … Our mission since Day 1 has always been clear, increased access and affordability to dental care for patients with our easy-to-use aligner system. Our nationwide consumer experience provides fast and convenient aligners with effective treatment planning, that is ***overseen by an extensive network of licensed dentists and orthodontists.*** … You'll see why we're so confident in our platform and why we've been able to address unmet needs in dental care. Byte addresses some of the most important facets of a successful clear aligner experience. Not only do we offer fast results for mild-to-moderate orthodontic needs, our ***doctor-directed care*** and focus on customer service ***drive excellent patient outcomes.***" | | | <u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed.<br><br><u>Not inactionable opinion</u>: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. Subjective falsity. Opinion objection not briefed. |
| 255 | <u>M&A Call with Analysts (1/4/2021)</u><br><br>Q: Wondering if you could talk about competitive positioning in the DTC channel. How does Byte differentiate versus Smile Direct, Candid, some of the other direct-to-consumer companies?<br><br>**Casey**: A couple things, if you really look at the market, clear aligner market, there's a couple | Puffery, Opinion, Forward-Looking | No falsity and/or scienter; puffery; opinion; forward-looking | <u>Reasons for falsity</u>: ¶257; Opp. §§III.A.2, B.1.<br><br><u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed.<br><br><u>Not inactionable opinion</u>: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. False embedded fact. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | channels and there's a couple approaches, and let me kind of tell you how we think about it. ... Obviously, Invisalign tends to be a direct-to-consumer professional channel, Smile Direct has been started as much more of a retail and a direct-to-consumer business. **Byte was built from the beginning** around a direct-to-consumer business **with a full network of license professionals involved**. ...<br><br>So, we feel pretty good about that. One of the things we look forward to going into the future, Tycho, is, look, we have been doing a ton of R&D on the SureSmile side and that we can bring over to Byte. ... But right now, look, we feel that Byte is one of the leaders if you look at kind of the direct-to-consumer space, whether it's a Candid, **whether it's a Smile Direct, we feel we're extremely competitive from a product as well as a customer experience offering**. | | | Subjective falsity. Opinion objection not briefed by Omnibus Defendants.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary language, and actual knowledge. Safe-harbor objection not briefed by Omnibus Defendants. |
| 258 | M&A Call with Analysts (1/4/2021)<br><br>**Casey**: Byte does "**a good job there targeting people with mild to moderate occlusion**." | Opinion | No falsity and/or scienter; opinion | Reasons for falsity: ¶260; Opp. §III.A.3.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | | | | omission. False embedded fact. Opinion objection not briefed. |
| 259 | M&A Call with Analysts (1/4/2021)<br><br>**Casey**: As we think about the future, what can clear aligners treat safely, look, clear aligners are terrific. We think that we have a great product that goes through the dental channels that can handle Class I, Class II, Class III with SureSmile. And a lot of that is going to be governed by what we think is the best clinical outcome for the patient.<br><br>***On the Byte side, we're very focused on mild to moderate occlusion.*** Do we see that line moving? That's really going to be up to the local dental associations because one of the things that we're very proud of is that we are very, very compliant. We have a network that lets us operate in all 50 states. We'll work in a— appropriate fashion as we expand this outside the U.S., and we really think we'll work collaboratively to make sure that people are getting the right care.<br><br>So if over time, the technology gets better and local dental associations feel that the treatment | Puffery, Opinion, Forward-Looking | No falsity and/or scienter; puffery; opinion; forward-looking | Reasons for falsity: ¶260; Opp. §III.A.3.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. False embedded fact. Opinion objection not briefed.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary language, and actual knowledge. Safe-harbor objection not briefed. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | paradigm can be altered, terrific. But that's not something that we're going to be pushing. | | | |
| 267 | Dentsply Televised Commercial (7/21/2023 through 8/20/2023)<br><br>At Byte, we totally get it. When it comes to your smile you want the best and you want it now; with **treatment directed by real dentists** for thousands less than braces. So don't waste your day just for a trip to the dentist. Straighten your teeth from home or anywhere. Ready to transform your smile in months, not years, without compromise? | Opinion | *Not charted* | Reasons for falsity: ¶268; Opp. §§III.A.2, B.1.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. False embedded fact. Opinion objection not briefed. |
| 274 | Dentsply Sirona World (9/23/2021)<br><br>**Gunsagar**: Who is Byte, right? So we were acquired by Dentsply Sirona at the beginning of the year. And like Chidam had mentioned, we are consumer-focused today, right? **Doctor directed, every treatment plan is overseen by a doctor in our network.** And we provide clear aligners across the entire country. …<br><br>Like I mentioned earlier, the at-home piece of it is very important, but **the doctor direction piece is important as well, so making sure that all the treatment plans are really well diagnosed** | Opinion | *Not charted* | Reasons for falsity: ¶275; Opp. §§III.A.2, B.1.<br><br>Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. False embedded fact. Subjective falsity. Opinion objection not briefed. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | *from our treatment planners all the way to our doctors.* | | | |
| 276 | <u>Form 10-K for 2020 (3/1/2021)</u><br><br>On December 31, 2020, the Company acquired Straight Smile LLC ("Byte"), a leading provider in the direct-to-consumer, ***doctor-directed*** clear aligner market | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |
| 277 | <u>Form 10-K for 2020 (3/1/2021)</u><br><br>On December 31, 2020, the effective date of the transaction, the Company acquired 100 % of the outstanding interests of Byte, a privately-held company, for approximately $ 1.0 billion using cash on hand. Byte is a ***doctor-directed,*** direct-to-consumer, clear aligner business. The acquisition is expected to enhance scale and accelerate the growth and profitability of the Company's combined clear aligners business. | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |
| 278 | <u>Form 10-K for 2021 (3/1/2022)</u><br><br>[*same as ¶¶276-77*] | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |
| 279 | <u>Form 10-K for 2021 (3/1/2022)</u><br><br>[T]he Company's Byte business produces aligners which are sold direct to consumers | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | under ***doctor-directed, personalized treatment plans.*** | | | |
| 280 | <u>Form 10-K for 2021 (3/1/2022)</u><br><br>Due in part to its direct-to-consumer model, the Company's Byte aligner business in the U.S. is subject to various state laws, rules and policies which govern the practice of dentistry within such state. ***Byte contracts with an expansive nationwide network of independent licensed dentists and orthodontists for the provision of clinical services, including the oversight and control of each customer's clinical treatment*** in order to comply with these regulations and ensure that the business does not violate rules pertaining to the corporate practice of dentistry. | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |
| 281 | <u>Form 10-Q (5/6/2021), Form 10-Q (8/5/2021), Form 10-Q (11/4/2021)</u><br><br>[I]ncorporated by reference "Part I, Item 1, 'Business'" of Dentsply's Form 10-K for fiscal year 2020 (¶280) | *Not charted* | No falsity and/or scienter | <u>Reasons for falsity</u>: ¶285; Opp. §§III.A.2, B.1. |
| 291 | <u>Byte Website – "Teledentistry 101" (Before the Class Period through 1/23/2022)</u><br><br>Safety trumps everything. At the end of the day, teledentistry only works if it's safe. Some cases | Puffery, Opinion | *Not charted* | <u>Reasons for falsity</u>: ¶292; Opp. §III.A.3.<br><br><u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | are simple and straight forward and others are complicated. ***Complex cases often require traditional in-person treatment*** and facilities. Experienced medical professionals are the only ones who can assess each patient and decide if they are a candidate for remote treatment. Byte takes this seriously. ***We only accept customers who are great candidates for teledentistry and can safely use Byte for improving their smile. We don't compromise on safety.*** Your smile is with you for life, so getting it right is important. | | | Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. False embedded fact. Opinion objection not briefed. |
| 299 | Piper Sandler Virtual Dental Day (3/29/2022)<br><br>Analyst: Have those conversion rates started to show any kind of life to them? Or is this more of like, hey, like let's keep this as stable and we think some of the initiatives we have in place are going to support the growth in the second half of the year?<br><br>Casey: There's two specific activities there. BytePro is one of them where, look, if you're not eligible for – if you – ***Byte is basically Class I.*** If you're a Class II, Class III or ultimately you feel that you really want to be in touch with the dentist again, we're cycling 600,000 to 800,000 unique | *Not charted* | No falsity and/or scienter | Reasons for falsity: ¶300; Opp. §III.A.3. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | visitors in the course of a month. If you're talking in the 20,000 plus people who are basically looking to buy a trial kit from us and then the shape of the funnel, there are a significant number of people that we would like to see access dental care.<br><br>Like for instance, ***if you have a cavity, you may be eligible for Byte, you might be really interested in Byte, but if you've got an unfixed cavity, and remember, this tends to be an underserved population, you need to get to a dentist to get that fixed to come back to fight.*** So BytePro, in our mind, is another way of monetizing what we think of this patient traffic. | | | |
| 301 | Q4 2022 Earnings Call (2/28/2023)<br><br>**Coleman**: "Byte [] saw a very strong growth despite slowing consumer spending trends as ***we're seeing improvement in customer conversion rates.***" | Puffery, Opinion | *Not charted* | Reasons for falsity: ¶303; Opp. §III.A.4.<br><br>Not puffery: Opp. §III.B.2.a.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. Opinion objection not briefed. |
| 302 | Q1 2023 Earnings Call (5/3/2023) | Puffery, Opinion | *Not charted* | Reasons for falsity: ¶303; Opp. §III.A.4. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | **Coleman**: "Our direct-to-consumer Aligner brand, ***Byte,*** also saw strong growth despite slowing consumer spending trends, ***driven by higher customer conversion rates and lower customer acquisition costs,*** which not only drove higher top line revenues but also better profitability." | | | <u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed.<br><br><u>Not inactionable opinion</u>: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. Opinion objection not briefed. |
| 304 | <u>Q1 2023 Earnings Call (5/3/2023)</u><br><br>**Coleman**: **"*[T]he most important thing is really looking at the quality of the funnel and how we're targeting customers.* And we're seeing an *increase in our overall customer conversion rates, which really helped to reduce customer acquisition costs* and drive increased profitability."** | Opinion | *Not charted* | <u>Reasons for falsity</u>: ¶313; Opp. §III.A.4.<br><br><u>Not inactionable opinion</u>: Opp. §III.B.2.b Objectively verifiable facts. Misleading by omission. Opinion objection not briefed. |
| 305 | <u>Q1 2023 Earnings Call (5/3/2023)</u><br><br>**Coleman**: "On the Byte side, I think ***we're doing a much better job of targeting customers and driving better customer conversion rates*** that I mentioned earlier." | Opinion | *Not charted* | <u>Reasons for falsity</u>: ¶313; Opp. §III.A.4.<br><br><u>Not inactionable opinion</u>: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. |
| 307 | <u>Bank of America Securities Healthcare Conference (5/10/2023)</u> | Puffery, Opinion | *Not charted* | <u>Reasons for falsity</u>: ¶313; Opp. §III.A.4. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | **Campion**: "On the BYTE side, . . . Great conversion rate. We – *our funnel is better.* So our funnel is smaller, but *it's a higher quality funnel as a result of the ton of the work that the team in Salt Lake City has done.*" | | | <u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed.<br><br><u>Not inactionable opinion</u>: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. Opinion objection not briefed. |
| 308 | <u>Stifel's Jaws & Paws Conference (6/1/2023)</u><br><br>**Campion**: "We've streamlined how we run that business in the sense that *we have a more focused funnel. We validate customers as they enter the funnel, so we don't spend money sending an impression kit to a customer who is not likely to actually purchase. We've changed incentive plans.* So we're putting the building blocks in place for sustained growth in both SureSmile and Byte." | Puffery, Opinion, Forward-Looking | *Not charted* | <u>Reasons for falsity</u>: ¶313; Opp. §III.A.4.<br><br><u>Not puffery</u>: Opp. §III.B.2.a. Puffery objection not briefed.<br><br><u>Not inactionable opinion</u>: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. Opinion objection not briefed.<br><br><u>Not safe-harbor protected</u>: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary language, and actual knowledge. Safe-harbor objection not briefed. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|-----------|---------------------------------------------------------------------|-------------------------------------------------------------------|-------------------------|
| 310 | Baird's Global Healthcare Conference (9/12/2023)<br><br>**Campion**: "So as I said, *we have narrowed our funnel down, but the neck of the funnel is wider. So the customers we bring in are more likely to purchase an aligner solution from us.* And *that's as we refine our questioning on our surveys as they come into the funnel that we move potential customers to the side if we really don't think that they're going to end up purchasing. And our conversion rate has, I think, meaningfully improved this past 12 months."* | Opinion | *Not charted* | Reasons for falsity: ¶313; Opp. §III.A.4.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. |
| 314 | JPMorgan 42nd Annual Healthcare Conference (1/10/2024)<br><br>**Frank**: "We have focused the last 12 months intently on profitably growing our direct-to-consumer business, *focusing on the top of the funnel on our conversion rates,* . . . [a]nd *that positions us really well now to take advantage of this major shift that we're seeing in the category with the leading company exiting the space."* | Puffery, Opinion, Forward-Looking | *Not charted* | Reasons for falsity: ¶315; Opp. §III.A.4.<br><br>Not puffery: Opp. §III.B.2.a.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Objectively verifiable facts. Misleading by omission. Opinion objection not briefed.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary language, and actual |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | | | | knowledge. Safe-harbor objection not briefed. |
| 326 | 39th Annual JPMorgan Virtual Healthcare Conference (1/13/2021)<br><br>**Casey**: [Byte] was built from the ground up to be a DTC play. ***And we believe that the customer experience that had been really carefully curated at Byte was really a sustainable advantage for us.*** So that's kind of how we settled on Byte. And again, we've been running the business for a week. But everything we saw in diligence and now that we see even in this early stage excites us even more.<br><br>In terms of ***how do you avoid the traps for rapid growth,*** I mean, one of the things that I believe the reasons that the founders at Byte and the Byte management team is looking at it, they wanted to avoid some of those mistakes. They wanted to be able to ***take advantage of the scale and the expertise that we have in*** globalizing businesses, things around supply chain, ***QA [Quality Assurance], RA [Regulatory Affairs]*** and other areas. ***We bring immediate credibility and can give them a solid foundation to build out expansion.*** | Puffery, Opinion | No falsity and/or scienter; puffery; opinion | Reasons for falsity: ¶327; Opp. §III.A.5.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Misleading by omission. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| 349 | Form 10-K for 2020 (3/1/2021), Form 10-K for 2021 (3/1/2022), Form 10-K for 2022 (3/1/2023), Form 10-K for 2023 (2/29/2024)<br><br>The majority of the Company's products are classified as medical devices and are subject to restrictions under domestic and foreign laws, rules, regulations, self-regulatory codes, circulars and orders, including, but not limited to, the United States Food, Drug, and Cosmetic Act (the "FDCA") …. The FDCA requires these products, when sold in the United States, to be safe and effective for their intended use and to comply with the regulations administered by the United States Food and Drug Administration ("FDA"). …<br><br>Dental and medical devices of the types sold by Dentsply Sirona are generally classified by the FDA into a category that renders them subject to the same controls that apply to all medical devices, including regulations regarding alteration, misbranding, notification, record-keeping and good manufacturing practices. … | Opinion | No falsity and/or scienter; puffery; opinion | Reasons for falsity: ¶351; Opp. §III.A.5.<br><br>Not puffery: Opp. §III.B.2.a.<br><br>Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. Subjective falsity. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | *The Company believes it is in substantial compliance with the laws and regulations that regulate its business.* | | | |
| 350 | Form 10-Q (5/6/2021), Form 10-Q (8/5/2021), Form 10-Q (11/4/2021)<br><br>"please refer to" "Part I, Item 1, 'Business'" of Dentsply's 10-K for fiscal year 2020 (¶349) | *Not charted* | No falsity and/or scienter; puffery; opinion | Reasons for falsity: ¶351; Opp. §III.A.5.<br><br>Not puffery: *See* Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. Subjective falsity. Opinion objection not briefed. |
| 353 | Form 10-Q (7/31/2024)<br><br>Legislative changes in Nevada relating to teledentistry required us to discontinue new patient recruitment for our current direct-to-consumer aligner business model in the state during the second quarter. Additionally, enacted and pending legislative changes in certain other states including Florida and Illinois are expected to impact sales in the second half of 2024. These changes would require certain adjustments to our business model, some of which have been made preemptively and have started to negatively | Puffery, Opinion, Forward-Looking | *Not charted* | Reasons for falsity: ¶354; Opp. §III.A.5.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §III.B.2.b. Misleading by omission. Subjective falsity. Opinion objection not briefed.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
|  | impact sales of direct-to-consumer aligners in those states. These adjustments include developing new features and modifying our process for engaging with customers as part of our direct-to-consumer aligner business models in response to existing and pending legislation. Our response to these legislative developments resulted in reduced sales of direct-to-consumer orthodontic aligners by approximately $6 million during the second quarter of 2024, with a similar estimated impact for each of the remaining quarters of 2024, *which we expect will be more than offset by organic growth."* |  |  | language, and actual knowledge. Safe-harbor objection not briefed. |
| 355 | Q4 2023 Earnings Call (2/29/2024)<br><br>**Coleman:** I think first one I would highlight is the *Byte investments that we're making with the opportunity that we now see with the competitive dynamics. We're going to be investing more in the commercial clinical support area, treatment planners and infrastructure at Byte. We already started in the fourth quarter.* And we see a pretty immediate return on those investments. So, I mentioned on my prepared remarks, Byte is expected to grow over 20% in 2024. So, we're excited about the opportunity there. *We are putting more investments into Byte,* and we | Puffery, Opinion, Forward-Looking | *Not charted* | Reasons for falsity: ¶358; Opp. §III.A.6.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. False embedded fact. Subjective falsity. Opinion objection not briefed.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | expect to see a much faster ramp, especially as we get into later in the year. | | | meaningful cautionary language, and actual knowledge. |
| 356 | Q1 2024 Earnings Call (5/2/2024)<br><br>**Campion**: I think, for sure, we're benefiting from SDC. ***We have invested behind the growth that we're seeing, increasing the number of treatment planners,*** being very selective but increasing our commercial activities with respect to advertising. . . . We are driving profitable revenue growth and we continue to see profits accrue from our Byte business. And as Glenn has said, we do expect to be north of 20% growth for Byte this year. | Puffery, Opinion, Forward-Looking | *Not charted* | Reasons for falsity: ¶358; Opp. §III.A.6.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed.<br><br>Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. False embedded fact. Subjective falsity. Opinion objection not briefed.<br><br>Not safe-harbor protected: Opp. §III.B.2.c. Non-forward-looking elements. Material, no meaningful cautionary language, and actual knowledge. Safe-harbor objection not briefed. |
| 357 | Bank of America Health Care Conference (5/14/2024)<br><br>**Coleman:** If I look at Byte, it's our direct-to-consumer business. We didn't see much of an | Puffery, Opinion | *Not charted* | Reasons for falsity: ¶358; Opp. §III.A.6.<br><br>Not puffery: Opp. §III.B.2.a. Puffery objection not briefed. |

| ¶ | Statement | Omnibus Defendants' Charted Reasons Why Inactionable (ECF No. 70-19) | Defendant Casey's Charted Reasons Why Inactionable (ECF No. 77-1) | Plaintiffs' Response[2] |
|---|---|---|---|---|
| | uptick until one of the big competitors actually exited the market, which was December of last year. . . . But *we started to see the uptick at the beginning part of 2024. We invested in resources to support a ramp in revenue growth. So, more treatment planners,* more clinical people to support that business, more infrastructure to support that business. *That was all done in the early part of Q1. We saw the uptick, 18% growth in Q1. That should be the low watermark, though, for us this year. I expect we'll grow over 20% for the rest of the year.* | | | Not inactionable opinion: Opp. §§III.B.2.b, IV. Objectively verifiable facts. Misleading by omission. False embedded fact. Subjective falsity. Opinion objection not briefed. |