# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

February 6, 2026

<u>VIA ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *In re Dentsply Sirona, Inc. Securities Litigation*, No. 1:24-cv-9083 (NRB)

Dear Judge Buchwald:

  Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and your Honor's Individual Practices Rule 1.B, Defendant Dentsply Sirona, Inc. ("Dentsply") respectfully requests an extension of 30 days for all Parties to exchange initial disclosures and submit to the Court a case management plan in the above-captioned matter. Dentsply requests this extension in order to allow it to decide on counsel to handle this Action going forward.

  Initial disclosures and the case management plan are due February 10, 2026, fourteen days after the parties' initial scheduling conference, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C). Under Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." The standard for "good cause" under Rule 6(b)(1) is "non-rigorous." *See Powercap Partners LLC v. Fleischmann*, No. 20-CV-3428 (RRM) (RML), 2023 WL 2711316, at *3 (E.D.N.Y. Mar. 30, 2023) (citing *Alexander v. Saul*, 5 F.4th 139, 154 (2d Cir. 2021)). A motion made before the expiration of time "normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party," and "[t]he flexibility afforded district courts assumes discretionary extensions are liberally granted." *Button v. Doherty*, No. 24-CV-5026 (JPC) (KHP), 2025 WL 3079941, at *1 (S.D.N.Y. Nov. 4, 2025) (citing *Alexander*, 5 F.4th at 154); *see also Manigault v. ABC Inc.*, 796 F. App'x 13, 15 (2d Cir. 2019) (upholding extension of time under Rule 6(b)(1)).

  Good cause for an extension exists here. Dentsply is in the process of deciding on counsel to represent it going forward and requires additional time to properly prepare initial

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

The Honorable Naomi Reice Buchwald, p. 2

disclosures and finalize a proposed case management order with the other Parties. Dentsply believes this extension would cause no prejudice to any Party or undue delay in the administration of the case.

      Dentsply has not previously requested an extension of the deadline to exchange initial disclosures or file the case management plan. We have consulted with Lead Counsel for Plaintiffs, who do not oppose the requested extension. Dentsply respectfully requests that the exchange of initial disclosures and filing of the case management plan occur on or before March 12, 2026, 30 days from the currently scheduled deadline.

                                            Respectfully submitted,

                                            */s/ Roger A. Cooper*
                                            Roger A. Cooper

cc:    Counsel of Record (via ECF)

```
Application granted.
So ordered.
```

*[Signature of Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: New York, New York
       February 9, 2026
```