**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DENTSPLY SIRONA, INC. SECURITIES LITIGATION | No. 24 Civ. 9083 (NRB) |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), notice is hereby given of the death of Donald M. Casey, Jr., who has been represented in this action by Simpson Thacher & Bartlett LLP.  Mr. Casey passed away on February 19, 2026.

Dated: February 26, 2026

> Respectfully Submitted,
>
> SIMPSON THACHER & BARTLETT LLP
>
> By: */s/ Meredith D. Karp*
>
> Bryce L. Friedman
> Craig S. Waldman
> Meredith D. Karp
> Isabel R. Mattson
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> Telephone: (212) 455-2000
> Facsimile: (212) 455-2502
> bfriedman@stblaw.com
> cwaldman@stblaw.com
> meredith.karp@stblaw.com
> isabel.mattson@stblaw.com
>
> *Counsel to Defendant Donald M. Casey, Jr.*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I caused the foregoing document to be electronically filed on the Court's CM/ECF system, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Meredith D. Karp*
Meredith D. Karp
