UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DENTSPLY SIRONA, INC. SECURITIES LITIGATION, | No. 24 Civ. 9083 (NRB) <br><br> <u>CLASS ACTION</u> |

### DECLARATION OF WILLIAM J. FOLEY IN SUPPORT OF THE MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

I, William J. Foley, make this declaration under penalty of perjury:

1.      I am a partner of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Defendants Dentsply Sirona Inc. ("Dentsply"), Erania S. Brackett, Simon D. Campion, Glenn G. Coleman, Andreas G. Frank, and Neeraj Gunsagar (collectively, "Defendants") in the above-captioned matter.  My colleague, James N. Kramer, and I were retained by the various Defendants beginning Friday, February 27, 2026, and continuing into the latter part of last week.

2.      This declaration is respectfully submitted in support of Defendants' Motion for Substitution and Withdrawal of Counsel (the "Motion"), made pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, to substitute attorneys at Orrick as counsel of record for Defendants in place and instead of Roger A. Cooper, Victor L. Hou, Lilianna Rebecca Rembar, and Andrew Weaver of Cleary Gottlieb Steen & Hamilton LLP (together, "Cleary Gottlieb").

3.      Defendants have requested, consented to, and approved of the substitution of Orrick and resulting withdrawal of Cleary Gottlieb.  A true and correct copy of a Stipulation and Proposed Order of Substitution and Withdrawal of Defendants' Counsel (the "Stipulation"), signed by Orrick, Cleary Gottlieb, and Defendants, is attached hereto as Exhibit A.

4.      As part of its withdrawal, Cleary Gottlieb has provided that it is not asserting a retaining or charging lien against Defendants.

5.      With regard to the posture of this case, on January 16, 2026, the Court granted in part and denied in part Defendants' motion to dismiss the Amended Consolidated Class Action Complaint (the "Complaint").  ECF 90.  Thereafter, Defendants moved the Court for extensions of time for certain case deadlines.  Specifically, Defendants requested that the Court extend the deadline to answer the Complaint from January 30, 2026 to March 17, 2026 (ECF 91), and extend the deadline for the parties to serve Initial Disclosures and to submit the Case Management Plan from February 10, 2026, to March 12, 2026 (ECF 94).  As part of the extension requests, Defendants explained to the Court that they needed additional time as they were "in the process of deciding on counsel [] going forward" (ECF 94), a process that has since concluded with the retention of Orrick.  Plaintiffs did not oppose either of Defendants' motions, and they were granted.  ECF 92, 95.

6.      Last week, on March 5, 2026, Defendants filed with the Court an unopposed letter-motion for an extension of certain case deadlines, requesting: (1) a 21-day extension of the current answer deadline; and (2) a 14-day extension of the current deadline for the parties to serve Initial Disclosures and submit the Case Management Plan.  As explained in that letter-motion, Defendants were still in the process of obtaining the necessary signatures for the Stipulation, but sought the short extensions ahead of the instant Motion to ensure that its incoming Orrick team would have enough time to get up to speed on the facts, connect with its six new clients, and to ensure Defendants would not be prejudiced by the transition of counsel. The letter-motion for extension was granted on March 6, 2026.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2026

                                        __/s/ William J. Foley_____

                                        William J. Foley