Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DENTSPLY SIRONA, INC. SECURITIES LITIGATION, | No. 24 Civ. 9083 (NRB)<br><br>CLASS ACTION |

### STIPULATION AND [PROPOSED] ORDER
### OF SUBSTITUTION AND WITHDRAWAL OF DEFENDANTS' COUNSEL

**WHEREAS**, attorneys at the law firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") currently represent Defendants Dentsply Sirona Inc., Erania S. Brackett, Simon D. Campion, Glenn G. Coleman, Andreas G. Frank, and Neeraj Gunsagar (together, "Defendants"), in the above-captioned action;

**WHEREAS**, Defendants consent to and request that attorneys at the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick") substitute for Cleary Gottlieb as Defendants' counsel of record in this action; and

**WHEREAS**, Defendants consent to and request that this Court permit Cleary Gottlieb to withdraw from this action as Defendants' counsel.

**NOW, THEREFORE**, the undersigned hereby stipulate and agree that, pursuant to Local Rule 1.4(b) and subject to this Court's approval: (i) Orrick hereby substitutes for Cleary Gottlieb as Defendants' counsel of record in this action; and (ii) Cleary Gottlieb hereby withdraws from this action as Defendants' counsel of record.

**PLEASE TAKE NOTICE** that all pleadings, notices, and other filings in this action should be served on Defendants' incoming counsel at:

William J. Foley
Rebecca Greene
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
wfoley@orrick.com
rgreene@orrick.com

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ William J. Foley*

William J. Foley
Rebecca Greene*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
wfoley@orrick.com
rgreen@orrick.com

James N. Kramer*
Ariel Winawer*
405 Howard Street
San Francisco CA 94105
Telephone: (415) 773-5700
jkramer@orrick.com
awinawer@orrick.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Roger A. Cooper
Victor L. Hou
Lilianna Rebecca Rembar
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
racooper@cgsh.com
vhou@cgsh.com
lrembar@cgsh.com
aweaver@cgsh.com

*Outgoing Counsel for Defendants*

Dated: March 3, 2026

*\*pro hac vice* forthcoming

*Incoming Counsel for Defendants*

Dated: March 3, 2026

**DENTSPLY SIRONA, INC.**

Jessica Causey, Vice President, Legal
Dated:   March 4, 2026

Erania S. Brackett
Dated:

Andreas G. Frank
Dated:

Simon D. Campion
Dated:

William J. Foley
Rebecca Greene
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
wfoley@orrick.com
rgreene@orrick.com

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ William J. Foley*
William J. Foley
Rebecca Greene*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
wfoley@orrick.com
rgreen@orrick.com

James N. Kramer*
Ariel Winawer*
405 Howard Street
San Francisco CA 94105
Telephone: (415) 773-5700
jkramer@orrick.com
awinawer@orrick.com

*\*pro hac vice* forthcoming

*Incoming Counsel for Defendants*

Dated: March 3, 2026

**DENTSPLY SIRONA, INC.**

Jessica Causey, Vice President, Legal
Dated: March 4, 2026

Andreas G. Frank
Dated: March 4, 2026

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Roger A. Cooper
Victor L. Hou
Lilianna Rebecca Rembar
Andrew Weaver
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
racooper@cgsh.com
vhou@cgsh.com
lrembar@cgsh.com
aweaver@cgsh.com

*Outgoing Counsel for Defendants*

Dated: March 3, 2026

Erania S. Brackett
Dated:

Simon D. Campion
Dated:

2

William J. Foley
Rebecca Greene
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
wfoley@orrick.com
rgreene@orrick.com

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| /s/ William J. Foley | Roger A. Cooper |
| William J. Foley | Victor L. Hou |
| Rebecca Greene* | Lilianna Rebecca Rembar |
| 51 West 52nd Street | Andrew Weaver |
| New York, NY 10019 | One Liberty Plaza |
| Telephone: (212) 506-5000 | New York, New York 10006 |
| wfoley@orrick.com | Telephone: 212-225-2000 |
| rgreen@orrick.com | racooper@cgsh.com |
| | vhou@cgsh.com |
| James N. Kramer* | lrembar@cgsh.com |
| Ariel Winawer* | aweaver@cgsh.com |
| 405 Howard Street | |
| San Francisco CA 94105 | *Outgoing Counsel for Defendants* |
| Telephone: (415) 773-5700 | |
| jkramer@orrick.com | Dated: March 3, 2026 |
| awinawer@orrick.com | |

*pro hac vice* forthcoming

*Incoming Counsel for Defendants*

Dated: March 3, 2026

**DENTSPLY SIRONA, INC.**

Jessica Causey, Vice President, Legal
Dated: March 4, 2026

Erania S. Brackett
Erania S. Brackett
Dated: 3/7/2026

Andreas G. Frank
Dated:

Simon D. Campion
Dated:

Docusign Envelope ID: 50830DC1-5B2C-4169-B4EE-82FCD49C16E4

William J. Foley
Rebecca Greene
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
wfoley@orrick.com
rgreene@orrick.com

| | |
|---|---|
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| /s/ William J. Foley | Roger A. Cooper |
| William J. Foley | Victor L. Hou |
| Rebecca Greene* | Lilianna Rebecca Rembar |
| 51 West 52nd Street | Andrew Weaver |
| New York, NY 10019 | One Liberty Plaza |
| Telephone: (212) 506-5000 | New York, New York 10006 |
| wfoley@orrick.com | Telephone: 212-225-2000 |
| rgreen@orrick.com | racooper@cgsh.com |
| | vhou@cgsh.com |
| James N. Kramer* | lrembar@cgsh.com |
| Ariel Winawer* | aweaver@cgsh.com |
| 405 Howard Street | |
| San Francisco CA 94105 | *Outgoing Counsel for Defendants* |
| Telephone: (415) 773-5700 | |
| jkramer@orrick.com | Dated: March 3, 2026 |
| awinawer@orrick.com | |

*pro hac vice* forthcoming

*Incoming Counsel for Defendants*

Dated: March 3, 2026

**DENTSPLY SIRONA, INC.**

Jessica Causey, Vice President, Legal
Dated:  March 4, 2026

_____

Andreas G. Frank
Dated:

Erania S. Brackett
Dated:

Simon D. Campion
Dated: 3/5/2026

2

_Neeraj Gunsagar_

Neeraj Gunsagar                           Glenn G. Coleman
Dated: 3/4/2026                           Dated:


SO ORDERED.

_____
NAOMI REICE BUCHWALD
UNITED STATE DISTRICT JUDGE

Dated:

3

_____          _____

Neeraj Gunsagar                          Glenn G. Coleman

Dated:                                   Dated: 3/5/2026


SO ORDERED.

_____

NAOMI REICE BUCHWALD
UNITED STATE DISTRICT JUDGE

Dated: