UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

IN RE DENTSPLY SIRONA, INC.
SECURITIES LITIGATION

**MEMORANDUM AND ORDER**

24 Civ. 9083 (NRB)

----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court is in receipt of the parties' Report of Rule 26(f) Meeting and Proposed Case Management Plan.  ECF No. 108 ("CMP"). The CMP lays out a series of stipulated dates and items, and outlines two disputes.

To discuss the matters in dispute we will hold an in-person conference on Tuesday, April 14, 2026 at 2:00 P.M.  The parties should be aware that the Court is not inclined to order the production of documents from San Antonio Fire & Police Pension Fund v. Dentsply Sirona Inc., No. 22-cv-6339 (S.D.N.Y.).

**SO ORDERED.**

Dated:    March 31, 2026
          New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1