**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DENTSPLY SIRONA, INC. SECURITIES LITIGATION | No. 24 Civ. 9083 (NRB) <br><br> <u>CLASS ACTION</u> |

<u>**STIPULATION AND [PROPOSED] ORDER**</u>

Lead Plaintiffs HANSAINVEST Hanseatische Investment-Gesellschaft mit beschränkter Haftung ("HANSAINVEST") and City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust" and, together with HANSAINVEST, "Lead Plaintiffs"), and Ann M. Casey, in her capacity as the Personal Representative for the Estate of Donald M. Casey, Jr., through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 26, 2024, Plaintiff North Collier Fire Control and Rescue District Firefighters Retirement Plan commenced this action ("*North Collier*"), Dkt. No. 1;

WHEREAS, on February 21, 2025, the Court entered an Order appointing Lead Plaintiffs and Lead Counsel and consolidating *North Collier* and two other actions captioned *Calvin v. Dentsply Sirona Inc.*, No. 1:24-cv-09764-NRB, and *Key West Police & Fire Pension Fund v. Dentsply Sirona Inc.*, No. 1:24-cv-09819-NRB, under the above caption, Dkt. No. 38;

WHEREAS, on May 9, 2025, Lead Plaintiffs filed the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, Dkt. No. 51 (the "Complaint");

WHEREAS, on January 16, 2026, the Court entered a Memorandum and Order denying Defendant Donald M. Casey, Jr.'s motion to dismiss, Dkt. No. 90;

WHEREAS, on February 26, 2026, counsel for Defendant Donald M. Casey, Jr. filed a Suggestion of Death of Mr. Casey pursuant to Federal Rule of Civil Procedure 25(a), Dkt. No. 96;

WHEREAS, on March 24, 2026, Ann M. Casey, the surviving spouse of Donald M. Casey, Jr., filed a petition for administration in the Circuit Court for Duval County, Florida, Probate Division;

WHEREAS, on April 8, 2026, the Circuit Court for Duval County, Florida entered Letters of Administration appointing Ann M. Casey as the Personal Representative of the Estate of Donald M. Casey, Jr.;

WHEREAS, on April 23, 2026, the Court entered the Report of Rule 26(f) Meeting and Revised Case Management Plan, Dkt. No. 113 (the "CMP");

WHEREAS, Lead Plaintiffs' claims against Donald M. Casey, Jr. were not extinguished by his death;

WHEREAS, counsel for Lead Plaintiffs and counsel for Ann M. Casey have conferred and agreed that Ann M. Casey, in her capacity as the Personal Representative of the Estate of Donald M. Casey, Jr., shall be substituted for Donald M. Casey, Jr. as a defendant in this Action pursuant to Federal Rule of Civil Procedure 25(a);

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Lead Plaintiffs and Ann M. Casey that, subject to Court approval:

(1)     Ann M. Casey, in her capacity as the Personal Representative of the Estate of Donald M. Casey, Jr., shall be substituted for Donald M. Casey, Jr., as a defendant in this action, pursuant to Federal Rule of Civil Procedure 25(a);

(2)     Ann M. Casey shall be bound by the deadlines set forth in the CMP (Dkt. No. 113), with the following exceptions:

a) Ann M. Casey shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) within 14 days of the Court ordering her substitution in this action; and

b) Ann M. Casey shall file an answer to the Complaint within 21 days of the Court ordering her substitution in this action.

Dated: May 8, 2026

*/s/ Michael D. Blatchley*
Michael D. Blatchley
**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Salvatore J. Graziano
Hannah Ross
Michael D. Blatchley
Scott R. Foglietta
Shane D. Avidan
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
hannah@blbglaw.com
michaelb@blbglaw.com
scott.foglietta@blbglaw.com
shane.avidan@blbglaw.com

*Counsel for Lead Plaintiffs HANSAINVEST
Hanseatische Investment- Gesellschaft mit
beschränkter Haftung and City of Miami
General Employees' & Sanitation Employees'
Retirement Trust and Lead Counsel for the
Class*

**KLAUSNER, KAUFMAN, JENSEN
& LEVINSON**
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for City of Miami General
Employees' & Sanitation Employees'
Retirement Trust*

*/s/ Meredith D. Karp*
Bryce L. Friedman
Craig S. Waldman
Meredith D. Karp
Isabel R. Mattson
**SIMPSON THACHER &
BARTLETT LLP**
425 Lexington Avenue
New York, New York 10007
Telephone: 212-455-2000
Facsimile: (212) 455-2502
bfriedman@stblaw.com
cwaldman@stblaw.com
meredith.karp@stblaw.com
isabel.mattson@stblaw.com

*Counsel for Defendant Ann M. Casey in her
Capacity as Personal Representative of the
Estate of Donald M. Casey, Jr.*

*All electronic signatures ("/s/") are signed
with consent of counsel pursuant to Rule 8.5
of this Court's Electronic Case Filing Rules &
Instructions, as of July 24, 2023.

**IT IS SO ORDERED.**

Dated: May __, 2026

                                              _____
The Honorable Naomi Reice Buchwald
United States District Judge