Case 1:24-cv-09083-NRB Document 136 Filed 10/21/26 Page 1 of 1

orrick

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
**orrick.com**

**William J. Foley**

**E** wfoley@orrick.com
**D** +1 212 506 5124
**F** +1 212 506 5151

October 21, 2026

***VIA ECF***

The Honorable Judge Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Dentsply Sirona, Inc. Securities Litigation*, No. 1:24-cv-09083-NRB

Dear Judge Buchwald:

On behalf of the parties in the above-captioned matter, I write to inform the Court that the parties have reached a binding agreement in principle to settle this class action as to all claims and parties. On October 20, 2026, the parties signed a Confidential Term Sheet setting out the principal terms of the proposed settlement.

The parties are now preparing a formal stipulation of settlement and related papers. The proposed settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23(e). To save the resources of the Court and the parties while the settlement is documented and presented for approval, the parties jointly ask that the Court suspend all current case deadlines, including those set in the April 23, 2026 Revised Case Management Plan and Scheduling Order. (ECF No. 113).

If the settlement is not finalized, or if Lead Plaintiffs have not moved for preliminary approval by December 1, 2026, the parties will file a joint status letter within seven (7) days of that date to propose a revised schedule or explain the status of the settlement. Nothing in this letter, and no part of the agreement in principle, is an admission of liability or wrongdoing by any party. Each party retains all of its claims, defenses, and arguments if the settlement is not approved or does not become effective.

We thank the Court for its attention to this matter and are available at the Court's convenience should it have any questions.

Application granted.
Naomi Reice Buchwald, USDJ
10/22/26

Respectfully yours,

W Foley

William J. Foley

cc: All counsel of record (via ECF)