BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK ● CALIFORNIA ● ILLINOIS ● LOUISIANA ● DELAWARE

MICHAEL D BLATCHLEY
(212) 554-1281
michaelb@blbglaw.com

September 25, 2026

**Via ECF**
The Honorable Naomi Reice Buchwald
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In Dentsply Sirona, Inc. Securities Litigation*, No. 24-cv-9083 (NRB)

Dear Judge Buchwald:

We represent Lead Plainitffs HANSAINVEST Hanseatische Investment-Gesellschaft mit beschränkter Haftung ("HANSAINVEST") and City of Miami General Employees' & Sanitation Employees' Retirement Trust ("Miami Retirement Trust" and, together with HANSAINVEST, "Lead Plaintiffs").

Pursuant to Your Honor's Individual Practice 2(E)(2), we respectfully request permission to file under seal certain documents in connection with Lead Plaintiffs' Motion for Class Certification ("Motion"). Specifically, Lead Plaintiffs seek permission to file under seal: portions of Plaintiffs' Memorandum of Law in support of the Motion (the "Memorandum"), portions of the Declaration of Michael D. Blatchley in support of the Motion ("Blatchley Declaration"), and Exhibits 5 to 34 ("Exhibits") attached to the Blatchley Declaration. The Memorandum, Blatchley Declaration, and Exhibits quote from, refer to, or are themselves materials that Defendant Dentsply Sirona, Inc. designated Confidential in accordance with the Stipulated Protective Order entered in this case on June 1, 2026 (Dkt. No. 121). Under paragraph 12 of the Stipulated Protective Order, Plaintiffs are required to file this sealing letter motion to provisionally seal the Memorandum, Blatchley Declaration, and Exhibits. *See* Dkt. No. 121 at ¶12.

Lead Plaintiffs take no position regarding the confidentiality of the above-mentioned documents and reserve all rights to challenge confidentiality of this information or any other information in this case.

Application granted at this time subject to further review.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
October 22, 2026

Respectfully submitted,

*/s/ Michael D. Blatchley*
Michael D. Blatchley